## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISRRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **JAMES R. MILLER**, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2012 CV 9905 |
| | ) |
| -vs- | ) Judge: |
| | ) |
| **NFI INDUSTRIES, INC.**, | ) Magistrate: |
| | ) |
| Defendant. | ) |

### JURY DEMAND

Defendant, **NFI Industries, Inc.** hereby demands trial by jury.

DATED: December 12, 2012.

                                            JOHNSON & BELL, LTD.

                              By:    /s/Robert M. Burke
                                            Robert M. Burke, One of the
                                            Attorneys for NFI Industries, Inc.

Robert M. Burke
JOHNSON & BELL, LTD.
Attorneys for Defendant
Suite 2700
33 West Monroe Street
Chicago, Illinois  60603
(312)  372-0770
Firm I.D. No.:  06347