ARDC No. 6283176    File No. 20588/JSJ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JAMES R. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12 CV 9905 |
| | ) |
| NFI INTERACTIVE LOGISTICS, LLC., | ) |
| | ) |
| Defendant. | ) |

**FIRST AMENDED COMPLAINT AT LAW**

Plaintiff, JAMES R. MILLER, by counsel O∅CONNOR & NAKOS, LTD., complains of the Defendant, NFI INTERACTIVE LOGISTICS, LLC. as follows:

1.   On November 12, 2010, and for some time prior to that date, Defendant, NFI INTERACTIVE LOGISTICS, LLC. possessed premises at 27143 Baseline Road in Elwood, Illinois (the õPremisesö).

2.   The Premises consisted in part of a concrete parking lot or truck yard.

3.   On November 12, 2010, Plaintiff, JAMES MILLER, was working as a truck driver.

4.   Plaintiff, JAMES MILLER, was assigned to travel to the Premises on November 12, 2010, to pick up a loaded trailer from the Premises.

5.   At all times mentioned herein, Plaintiff, JAMERS MILLER, was permitted to be on the Premises.

6.   On November 12, 2010, Plaintiff, JAMES MILLER, drove onto the Premises to pick up the loaded trailer.

7. When Plaintiff, JAMES MILLER, arrived at the Premises, a guard at the gate told him to pull up and stop his truck at a certain place on the Premises.

8. On information and belief, the guard is an employee of Defendant, NFI INTERACTIVE LOGISTICS, LLC and was acting within the scope of his or her employment.

9. When Plaintiff, JAMES MILLER, stopped his truck at that place, he exited his truck.

10. Unbeknownst to Plaintiff, JAMES MILLER, there was a defect in the concrete on the Premises.

11. When Plaintiff, JAMES MILLER, stepped down out of his truck, he slipped and fell as a result of the defect in the concrete.

12. Plaintiff, JAMES MILLER, suffered disabling injuries as a result of the fall including but not limited to debilitating neck and back pain.

13. Plaintiff, JAMES MILLER, required extensive medical treatment and physical therapy as a result of the fall. The cost of this treatment has already exceeded $65,000.00, and Plaintiff, JAMES MILLER, still requires ongoing care.

14. Plaintiff has named, NFI INTERACTIVE LOGISTICS, LLC as the Defendant in this case because Plaintiff believes that Defendant, NFI INTERACTIVE LOGISTICS, LLC possessed the Premises. Plaintiff intends to sue the party responsible for possessing the Premises.

## COUNT I-NEGLIGENCE-PREMISES LIABILITY

15. Plaintiff re-alleges paragraphs 1-14 of this Complaint as if fully set forth herein.

16. Defendant, NFI INTERACTIVE LOGISTICS, LLC had a duty to exercise reasonable care with respect to the maintenance of the Premises.

17. Defendant, NFI INTERACTIVE LOGISTICS, LLC had a non-delegable duty to maintain the Premises in a reasonably safe condition for the benefit of persons lawfully on the Premises, including Plaintiff, James Miller.

18. Despite those duties, and in breach of them, Defendant, NFI INTERACTIVE LOGISTICS, LLC individually and by its agents, committed the following negligent acts and/or omissions:

   a. Improperly allowed and permitted the concrete on the Premises to become delaminated, spalled, and defective;

   b. Failed to inspect the concrete for signs of delamination, spalling, or other defects;

   c. Failed to establish procedures for ensuring that the concrete was properly maintained;

   d. Failed to make a reasonable inspection of the Premises to ensure that the Premises were reasonably safe;

   e. Failed to warn Plaintiff, JAMES MILLER, of the defective condition of the concrete; and/or

   f. Was otherwise careless and/or negligent.

19. As a direct and proximate result of one or more of the Defendant, NFI INTERACTIVE LOGISTICS, LLC's aforementioned negligent acts and/or omissions, Plaintiff, JAMES MILLER, slipped, fell, and sustained serious personal injuries, resulting in significant medical expenses, pain and suffering, disability, loss of a normal life, emotional suffering, and lost wage.

WHEREFORE, Plaintiff, JAMES MILLER, asks for judgment against Defendant, NFI INTERACTIVE LOGISTICS, LLC in excess of the jurisdictional amount of this Court in addition to any other amount this Court finds fair and just.

## **COUNT II – ORDINARY NEGLIGENCE**

20. Plaintiff re-alleges paragraphs 1-14 of this Complaint as if fully set forth herein.

21. The guard employed by NFI INTERACTIVE LOGISTICS, LLC had a duty to refrain from instructing visitors to the Premises to go to unreasonably dangerous locations on the Premises without warning such visitors of such danger.

22. In violation of that duty, the guard employed by Defendant, NFI INTERACTIVE LOGISTICS, LLC instructed Plaintiff, JAMES MILLER, to park his truck in a location on the Premises that the guard knew or should have known was unreasonably dangerous given that it was immediately adjacent to the concrete defect.

23. As a direct and proximate result of the guard's affirmative negligence in instructing Plaintiff, JAMES MILLER, to go to the dangerous location, and the guard's failure to warn Plaintiff, JAMES MILLER, of the danger, Plaintiff, JAMES MILLER, slipped, fell, and sustained serious personal injuries, resulting in significant medical expenses, pain and suffering, disability, loss of a normal life, emotional suffering, and lost wages.

24. Because, on information and belief, the guard was an employee of Defendant, NFI INTERACTIVE LOGISTICS, LLC acting within the scope of his or her employment, Defendant, NFI INTERACTIVE LOGISTICS, LLC is vicariously liable for the guard's negligence.

WHEREFORE, Plaintiff, JAMES MILLER, asks for judgment against Defendant, NFI INTERACTIVE LOGISTICS, LLC in excess of the jurisdictional amount of this Court in addition to any other amount this Court finds fair and just.

/S/ JEFFREY S. JORDAN
One of Plaintiff's Attorneys

JEFFREY S. JORDAN
O'CONNOR & NAKOS, LTD.
120 North LaSalle Street, 35th Floor
Chicago, Illinois  60602
(312) 546-8100